UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00444

———

**Christopher Allen Daniel,**
*Plaintiff,*

v.

**B Rodriquez et al.,**
*Defendants.*

———

**O R D E R**

Plaintiff, a Texas Department of Criminal Justice inmate proceeding pro se, brought this lawsuit alleging violations of his constitutional rights. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's lawsuit be dismissed with prejudice for failure to state a claim. Doc. 3 at 5. Plaintiff filed no written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this action are dismissed with prejudice. The dismissal shall have no effect on plaintiff's ability to seek relief from his conviction through any lawful means or to pursue any claims against Young County officials as he may believe appropriate. Any pending motions are denied as moot.

*So ordered by the court on February 25, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -